# EXHIBIT E

## ASSIGNMENT OF CONTRACT OF SALE

FOR VALUE RECEIVED the Contract of Sale between **1551 St Nicholas Avenue LLC**, as Seller, and **Milbank Real Estate Services Inc.** as Purchaser, ("Assignor") for the property commonly known as and located at 1551 St Nicholas Avenue, New York, New York, dated February 22, 2007, and all right, title and interest of the Assignor thereunder are hereby assigned, transferred and set over unto **Milbank 1551 Nicholas, LLC** ("Assignee"), and said Assignee hereby assumes all obligations of the Assignor thereunder. Assignee agrees to defend, indemnify and save harmless Assignor against all claims, costs and expenses, including but not limited to reasonable legal fees.

Dated: Los Angeles, California
      August 2, 2007

**ASSIGNOR**

**Milbank Real Estate Services Inc.**

By: _____
Solyman Yashouafar, COO

**ASSIGNEE:**

**Milbank 1551 Nicholas, LLC**

By: _____
Solyman Yashouafar, COO