# EXHIBIT F

## ASSIGNMENT OF CONTRACT OF SALE

FOR VALUE RECEIVED the Contract of Sale between **272 Sherman LLC**, as Seller, and **Milbank Real Estate Services Inc.** as Purchaser, ("Assignor") for property commonly known as and located at **272 Sherman Avenue, New York, New York**, dated February 22, 2007, and all right, title and interest of the Assignor thereunder are hereby assigned, transferred and set over unto **Milbank 272 Sherman, LLC** ("Assignee"), and said Assignee hereby assumes all obligations of the Assignor thereunder. Assignee agrees to defend, indemnify and save harmless Assignor against all claims, costs and expenses, including but not limited to reasonable legal fees.

Dated: Los Angeles, California
August 2, 2007

**ASSIGNOR**

**Milbank Real Estate Services Inc.**

By: _____
Solyman Yashouafar, COO

**ASSIGNEE:**

**Milbank 272 Sherman, LLC**

By: _____
Solyman Yashouafar, COO