# EXHIBIT H

# BECKMAN, LIEBERMAN & BARANDES, LLP

ATTORNEYS AT LAW

116 JOHN STREET, NEW YORK, NY 10038

TELEPHONE (212) 608-3500
TELECOPIER (212) 608-9687

LONG ISLAND OFFICE
100 JERICHO QUADRANGLE, JERICHO, NY 11753

Ext. 123
DIRECT FAX (212) 608-9687
E-MAIL:JKO@BLBLLP.COM

August 7, 2007

**<u>VIA HAND</u>**
David Vanderpool, Esq.
Office of Seymour I. Hurwitz
19 West 44th Street
New York, NY 10036

    RE:    1551 ST. NICHOLAS AVE AND 272 SHERMAN AVE, NEW YORK

Dear Mr. Vanderpool:

We hereby reject your tender as it is past the close of business on August 7, 2007.

Sincerely,

Julie Ko, Esq.