# EXHIBIT I

**SEYMOUR I. HURWITZ**
ATTORNEY AT LAW

DAVID VANDERPOOL
MARK ABRAMS

19 WEST 44TH STREET
SUITE 1507
NEW YORK, N.Y. 10036

TEL. (212) 398-1940
FAX (212) 764-5982
E-MAIL ADDRESS: syhurwitz@aol.com

August 8, 2007

**Fax - 212-922-0881 & Mail**
First American Title Insurance
Company of New York
Attn: Mitchell Gluck
633 Third Avenue
New York, New York 10017

    Re:         Milbank Real Estate
    Premises:   1551 St. Nicholas Avenue
    Title No:    3008-180494

Dear Mr. Gluck:

    Reference is made to a certain Escrow Agreement dated February 23, 2007 by and between 1551 St. Nicholas LLC as Seller, Milbank Real Estate Services as Purchaser and First American Title Insurance Company of New York as Escrow Agent, and the sum of $900,000.00 which was deposited into escrow pursuant to such Escrow Agreement. Please be advised that on August 7, 2007 the Purchaser elected to cancel and terminate the Contract of Sale due to various defaults on the part of Seller and is demanding the return of the $900,000.00 escrow deposit together with all accrued interest. PLEASE TAKE NOTICE, except for the return of the entire escrow deposit together with interest to the Purchaser under no circumstances may the escrow deposit be returned or released to the Seller or its attorney. PLEASE TAKE FURTHER NOTICE, that this letter constitutes a Demand for Payment in accordance with Section 3 (a) (iv) of the Escrow Agreement.

Very truly yours,

David Vanderpool, Esq.

DV:dj

cc:    Beckman, Lieberman & Barandes
Attn:  Michael Beckman, Esq.
        212-406-3750

        Milbank Real Estate Services
Attn:  Homan Taghdiri
        213-688-2884

S:\Milbank Real Estate Services\P - 272 Sherman Avenue and 1551 St. Nicholas Avenue, New York, NY\Gluck.St. Nicholas Ave.L.08.08.07.wpd