UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILBANK 1551 NICHOLAS, LLC and
MILBANK 272 SHERMAN, LLC,

                Plaintiffs,

    -against-

1551 ST. NICHOLAS, LLC, 272 SHERMAN, LLC,
and FIRST AMERICAN TITLE INSURANCE
COMPANY OF NEW YORK, as Escrow Agent,

                Defendants.
-----------------------------------------------------------X

JUDGE KOELTL

07 CIV 9834

Civil Action No.:

RULE 7.1 CORPORATE
DISCLOSURE STATEMENT



RECEIVED
NOV 0 6 2007
U.S.D.C. S.D.N.Y.
CASHIERS

The undersigned counsel for plaintiffs Milbank 1551 Nicholas, LLC and Milbank 272 Sherman, LLC submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 in order to enable judges and magistrates of the Court to evaluate possible disqualification or recusal. The filing parties, nongovernmental corporations, identify the following parent corporations and any publicly held corporations which own 10% or more of their stock: None.

Dated: New York, New York
       November 6, 2007

                      BROWN RUDNICK BERLACK ISRAELS LLP

                      By:_____
                          David J. Molton (DM-1106)
                          Diane M. Nardi (DN-7472)

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Telecopier: (212) 209-4801

Attorneys for Plaintiffs Milbank 1551
Nicholas, LLC and Milbank 272 Sherman, LLC