USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MILBANK 1551 NICHOLAS, LLC and
MILBANK 272 SHERMAN, LLC,

            Plaintiffs,

-against-

1551 ST. NICHOLAS, LLC, 272 SHERMAN,
LLC, and FIRST AMERICAN TITLE
INSURANCE COMPANY OF NEW YORK,
as Escrow Agent,

            Defendants.
------------------------------------- x

Docket No. 07 Civ. 9834(JGK)(MHD)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereby that the time of defendants to answer, move or otherwise respond with respect to the summons and complaint is extended to January 28, 2008; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterpart and that copies of the signatures shall be deemed to be original.

Dated: New York, New York
      January 10, 2008

**BROWN RUDNICK BERLACK ISRAELS LLP**

By: _____
    David J. Molton (DM-1106)
    Diane M. Nardi (DN-7472)
Attorneys for Plaintiffs
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
dnardi@brownrudnick.com

**STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.**

By: _____
    James E. Schwartz (JS-9608)
Attorneys for Defendants
675 Third Avenue
New York, New York 10017
Telephone: (212) 681-6500
Facsimile: (212) 681-4041
jschwartz@sbchlaw.com

Dated: January 15, 2008

SO ORDERED:

_____
John G. Koeltl, U.S.D.J.

2