UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
MILBANK 1551 NICHOLAS, LLC and
MILBANK 272 SHERMAN, LLC

                            -v-

1551 ST. NICHOLAS, LLC, 272 SHERMAN, LLC
and FIRST AMERICAN TITLE INSURANCE
COMPANY OF NEW YORK, as Escrow Agent
-------------------------------------------------------------

Civil Action No. 07 CIV 9834
(Koeltl, J.)

Rule 7.1 Statement

        The undersigned counsel for defendants 1551 St. Nicholas, LLC and 272

Sherman, LLC submits this disclosure statement pursuant to Federal Rule of Civil

Procedure 7.1 in order to enable District Judges and Magistrate Judges of the Court to

evaluate possible disqualification or recusal.  The filing parties, non-governmental

limited liability companies, certify that the following are corporate parents, affiliates

and/or subsidiaries of said party, which are publicly held:  None.

Date:   New York, New York
        January 28, 2008

                       **STEMPEL BENNETT CLAMAN &**
                       **HOCHBERG, P.C.**

                       By: _____
                            David L. Paldy (DP-6918)
                       675 Third Avenue
                       New York, New York  10017
                       (212) 681-6500

                       Attorneys for Defendants
                       1551 St. Nicholas, LLC and
                       272 Sherman, LLC