UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILBANK 1551 NICHOLAS, LLC and<br>MILBANK 272 SHERMAN, LLC,<br><br>    Plaintiffs,<br><br>  -against-<br><br>1551 ST. NICHOLAS, LLC, 272 SHERMAN, LLC and FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK,<br>As Escrow Agent, | Civil Action No. 07 CIV 9834<br>(Koeltl, J.)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK, COUNTY OF NEW YORK    ss:

Chelsea Teague being duly sworn says: I am not a party to the action, am over 18 years of age and am employed at Stempel Bennett Claman & Hochberg, P.C., 675 Third Avenue, NY, NY 10017.

On January 28, 2008, I served a true copy of the annexed (1) **ANSWER, COUNTERCLAIMS AND JURY DEMAND** AND (2) **RULE 7.1 STATEMENT** in the following manner:

☒   by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official enclosing one true copy thereof in a securely sealed and postpaid envelope and sending it regular first class mail to the following address listed below:

David Molton, Esq.
BROWN RUDNICK BERLACK ISRAELS, LLP
7 Times Square
New York, New York 10036

_____
Chelsea Teague

Sworn to before me this
28th day of January 2008

_____
Notary Public

EDMOND P. OBRIEN
Notary Public, State of New York
No. 02OB6018534
Qualified in NEW YORK County
Commission Expires 3/23/20__