

DIANE M. NARDI
dnardi@brownrudnick.com
direct dial (212) 209-4852

March 7, 2008

**VIA FACSIMILE**

The Honorable Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

    Re:   *Milbank 1551 Nicholas, LLC, et ano. v. 1551 St Nicholas, LLC, et al.*
           *Case No. 07-cv-9834 (JGK) (MHD)*

Dear Magistrate Judge Dolinger:

    This firm represents plaintiffs Milbank 1551 Nicholas, LLC and Milbank 272 Sherman, LLC in connection with the above-referenced matter.

    We write with the consent of defendants' counsel to respectfully request that our clients be permitted to participate telephonically in the settlement conference scheduled for 2:00 p.m. on March 24, 2008. The reason for this request is that the representative who will be appearing on behalf of both plaintiffs resides in California and would be forced to incur significant costs if he were to travel to New York for the purpose of attending the conference.

    We are available to conference any issues the Court may have with respect to this request.

                              Respectfully submitted,

                              Diane M. Nardi

cc:   David Pauley, Esq. (via facsimile)
      Milbank 1551 Nicholas, LLC (via electronic mail)
      Milbank 272 Sherman, LLC

                        ENDORSED ORDER

                        Application granted.
                        [signature] 3/7/08

Brown Rudnick Berlack Israels LLP    an international law firm    Boston | Dublin | Hartford | London | New York | Providence | Washington