**SEYMOUR I. HURWITZ, ESQ.**
19 WEST 44TH STREET, SUITE 1507
NEW YORK, NEW YORK 10036
TELEPHONE: (212) 398-1940/FAX: (212) 764-5982
E-MAIL ADDRESS: SYHURWITZ@AOL.COM

DATE: August 3, 2007

TO: Beckman, Lieberman & Barandes Att: Jessica

FAX NO.: (212) 608-9687

FROM: DAVID VANDERPOOL, ESQ.

OUR REF: Milbank Real Estate Services, Inc. - 1551 St. Nicholas Avenue and 272 Sherman Avenue, New York City

Total number of pages (including this cover memorandum):

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL IMMEDIATELY.**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employer or the agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.

## COMMENTS

Dear Jessica:

I spoke to Michael Beckman about the need to extend the funding of the closing balances due to the Sellers until Tuesday, August 7, 2007, due to the fact that Purchaser's lending institution will not be able to fund the mortgage loan today. Kindly acknowledge the Seller's consent to such extension by signing a copy of this letter in the space designated below and returning same to my office as soon as possible.

Very truly yours,

David Vanderpool, Esq.

THE FUNDING OF THE $6,485,424.00 BALANCE DUE TO 272 SHERMAN LLC AND $8,086,897.00 DUE TO 1551 ST NICHOLAS LLC IS HEREBY EXTENDED UNTIL THE END OF BUSINESS ON TUESDAY, AUGUST 7, 2007

Beckman, Lieberman & Barandes

By: _____
Attorneys for Sellers, 272 Sherman LLC and 1551 St Nicholas LLC

*\* Adjournment costs to be adjusted accordingly.*

SV Milbank Real Estate Services\LP - 272 Sherman Avenue and 1551 St. Nicholas Avenue, New York, NY Beckman Fax 8.3.07 wpd