UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILBANK 1551 NICHOLAS, LLC, and
MILBANK 272 SHERMAN, LLC,

                    Plaintiffs,

    -against-

1551 ST. NICHOLAS, LLC, 272 SHERMAN, LLC,
and FIRST AMERICAN TITLE INSURANCE
COMPANY OF NEW YORK, as Escrow Agent,

                    Defendants.

---

Docket No. 07 CIV 9834
Judge Koeltl

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK
COUNTY OF NEW YORK   ss:

    Delano Birch, being duly sworn says: I am not a party to the action, am over 18 years of age and am employed at Stempel Bennett Claman & Hochberg, P.C., 675 Third Avenue, NY, NY 10017.

    On May 22, 2008, I served a true copy of the annexed **Amended Answer and Counterclaims,** by personally delivering same to the law firm at the address indicated below:

Brown Rudnick
Attorneys for Plaintiffs
Seven Times Square
New York, New York 10036

                                                  _____
                                                  Delano Birch

Sworn to before me this
22nd day of May, 2008

_____
Notary Public
DAVID L. PALDY
Notary Public, State of New York
No. 02PA6060005
Qualified in New York County
Commission Expires June 11, 2011