UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILBANK 1551 NICHOLAS, LLC and　　　　　:
MILBANK 272 SHERMAN, LLC,　　　　　　　:　Docket No.: 07-CV-9834 (JGK)(MHD)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs,　　　　　:
　　　　　　　　　　　　　　　　　　　　:　**NOTICE OF CHANGE**
　　　-against-　　　　　　　　　　　　　:　**OF FIRM NAME**
　　　　　　　　　　　　　　　　　　　　:
1551 ST. NICHOLAS, LLC, 272 SHERMAN, LLC, :
and FIRST AMERICAN TITLE INSURANCE　 :
COMPANY OF NEW YORK, as Escrow Agent,　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　:
------------------------------------------------------------X

　　　PLEASE TAKE NOTICE that the law firm of Brown Rudnick Berlack Israels LLP has officially changed its name to Brown Rudnick LLP.

Dated: New York, New York　　　BROWN RUDNICK LLP
　　　　June 6, 2008

　　　　　　　　　　　　　　　　By: s/ Diane M. Nardi
　　　　　　　　　　　　　　　　　　David J. Molton (DM-1106)
　　　　　　　　　　　　　　　　　　Diane M. Nardi (DN-7472)

　　　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　Telephone: (212) 209-4800
　　　　　　　　　　　　　　　　Facsimile: (212) 209-4801
　　　　　　　　　　　　　　　　dmolton@brownrudnick.com
　　　　　　　　　　　　　　　　dnardi@brownrudnick.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Milbank 1551 Nicholas,*
　　　　　　　　　　　　　　　　*LLC and Milbank 272 Sherman, LLC*

To:

David L. Paldy, Esq.
Stempel, Bennett, Claman & Hochberg, P.C.
675 Third Avenue
New York, New York 10017
Telephone: (212) 681-6500
Facsimile: (212) 681-4041
dpaldy@sbchlaw.com
*Attorneys for Defendants 1551 St. Nicholas, LLC
and 272 Sherman, LLC*