```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILBANK 1551 NICHOLAS, LLC and          :
MILBANK 272 SHERMAN, LLC,               :          Docket No.: 07-CV-9834 (JGK)(MHD)
                                        :
                  Plaintiffs,           :
                                        :
        -against-                       :          CIVIL SCHEDULING
                                        :          ORDER NO. 2
1551 ST. NICHOLAS, LLC, 272 SHERMAN, LLC, :
and FIRST AMERICAN TITLE INSURANCE      :
COMPANY OF NEW YORK, as Escrow Agent,   :
                                        :
                  Defendants.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008

**JOHN G. KOELTL, District Judge:**

Civil Scheduling Order No. 1, which was rendered in connection with the above-captioned action on March 4, 2008, is hereby revised as follows:

**Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by September 29, 2008. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

**Dispositive Motions:*** Dispositive motions, if any, are to be completed by October 20, 2008. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

**Pretrial Order/Motions in Limine:*** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by November 10, 2008. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

**Trial:*** The parties shall be ready for trial on 48 hours notice on or after November 24, 2008. The estimate trial time is 4 days, and this is a jury trial.

---

*   **Note:** In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to **three (3) weeks** from the decision on the motion. The **ready trial date** shall be adjourned to a date **four (4) weeks** after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.
    At any time **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent trial at a particular time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after**. Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.



*This is the second Civil Scheduling Order.*

**SO ORDERED.**

**Dated:** New York, New York
July 23, 2008

　　　　　　　　　　　　　　　　　　　　　　　JOHN G. KOELTL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE