```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
MILBANK 551 NICHOLAS, LLC, et al.,
                                    :
            Plaintiffs,                         ORDER
                                    :
        -against-                           07 Civ. 9834 (JGK)(MHD)
                                    :
1551 ST. NICHOLAS, LLC, et al.,
                                    :
            Defendants.
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a conference has been scheduled in the above-captioned action on **FRIDAY, SEPTEMBER 5, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       August 22, 2008

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

David J. Molton, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Diane Marie Nardi, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

James E. Schwartz, Esq.
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017

Edmund Patrick O'Brien, Esq.
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017