```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
MILBANK 551 NICHOLAS, LLC, et al.,
                                    :
            Plaintiffs,                       ORDER
                                    :
      -against-                               07 Civ. 9834 (JGK)(MHD)
                                    :
1551 ST. NICHOLAS, LLC, et al.,
                                    :
            Defendants.
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that defendants are to respond to plaintiffs' letters, dated August 12, 2008 and August 29, 2008, respectively, by no later than **THURSDAY, SEPTEMBER 4, 2008 at 12:00 P.M.**

Dated: New York, New York
       September 2, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

David J. Molton, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Diane Marie Nardi, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

James E. Schwartz, Esq.
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017

Edmund Patrick O'Brien, Esq.
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017