```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
MILBANK 551 NICHOLAS, LLC, et al.,
                                    :
             Plaintiffs,                      ORDER
                                    :
        -against-                             07 Civ. 9834 (JGK)(MHD)
                                    :
1551 ST. NICHOLAS, LLC, et al.,
                                    :
             Defendants.
-----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

In light of the letters we received in preparation for tomorrow's conference, which apparently contest the withholding of documents on privilege grounds,

It is hereby **ORDERED** as follows:

Any party claiming privilege is to submit to the Court whatever evidence it purports to rely on to establish the factual basis for that claim. This is to be done either at the conference or prior to it.

Dated: New York, New York
       September 4, 2008

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

David J. Molton, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Diane Marie Nardi, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

James E. Schwartz, Esq.
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017

Edmund Patrick O'Brien, Esq.
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017